IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN WELLS | : CIVIL ACTION |
| | : |
| v. | : NO. 23-2959 |
| | : |
| SUPT., SCI PHOENIX, THE DISTRICT ATTORNEY OF THE COUNTY OF LEHIGH, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, PA BOARD OF PROBATION AND PAROLE | : : : : : : |

# ORDER

**AND NOW**, this 16th day of January 2025, upon careful and independent consideration of the amended petition for writ of habeas corpus (DI 8), respondents' opposition (DI 11), petitioner's reply (DI 14), United States Magistrate Judge Carol Sandra Moore Wells's August 27, 2024 Report and Recommendation (DI 16), no timely objections, and finding good cause, it is **ORDERED**:

1. We **APPROVE** and **ADOPT** United States Magistrate Judge Carol Sandra Moore Wells's August 27, 2024 Report and Recommendation (DI 16).

2. The amended petition for writ of habeas corpus (DI 8) is **DISMISSED**.

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

4. The Clerk of Court shall **close** this case.

_____
MURPHY, J.